UNITED STATES DISTRICT COURT
NORTHERN DISTRICT INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:03-CR-26-TS |
| | ) | |
| JASON WHITE | ) | |

## OPINION

This matter is before the Court on pro-se Plaintiff Jason White's Motion for Leave to Proceed *In Forma Pauperis* on Appeal, filed on January 9, 2006. The Plaintiff was found guilty after a two day jury trial on January 9, 2004, and sentenced on April 21, 2004. He appealed his conviction, and the Court of Appeals affirmed his conviction. On January 9, 2006, he moved to correct an error in the judgment, and also filed a motion to proceed in forma pauperis. It appears the motion to proceed in forma pauperis related to the motion to correct the error in the judgment. The error in the judgment has been corrected and there is no matter on which to further proceed. Thus, the Court DISMISSES the Defendant's motion to proceed in forma pauperis [DE 105].

SO ORDERED on February 3, 2006.

 s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT